**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

HILMA PADILLA, individually and on
behalf of others similarly situated,

                Plaintiffs,

    -against-

CLEANSOURCE, INC.,

                Defendant.
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/18

**17 CIVIL** 3550 (CS)

## RULE 68 JUDGMENT

Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendant Cleansource, Inc. having offered to allow entry of judgment to be taken against it pursuant to rule 68 of the Federal Rules of Civil Procedure as follows: a judgment in favor of Plaintiff Hilma Padilla and against Defendant in the sum of $15,500.00 (Fifteen Thousand Five Hundred Dollars), plus legal fees in the amount of $7,200.00 (Seven Thousand Two Hundred Dollars), and the matter having come before the Honorable Cathy Seibel, United States District Judge, and the Court, on September 26, 2018, having rendered its Memo Endorsed Order directing the Clerk of Court to enter judgment consistent with the Rule 68 offer and the fee agreement, and thereafter close the case, it is,

**ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated September 26, 2018, Plaintiff Hilma Padilla has judgment in the amount of $15,500.00, plus legal fees in the amount of $7,200.00, for a total judgment of $22,700.00 as against the Defendant Cleansource, Inc.

**Dated:** New York, New York
      September 28, 2018

                    **RUBY J. KRAJICK**

                    **Clerk of Court**

**BY:**

                    **Deputy Clerk**